# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BING WANG (2),<br>　aka Bin Wang,<br><br>　　　　　Defendant | Case No.: 13CR3487-WQH<br><br>JUDGMENT AND ORDER GRANTING LEAVE TO DISMISS INDICTMENTS WITHOUT PREJUDICE AND RECALL ARREST WARRANT |

Upon motion of the UNITED STATES OF AMERICA and pursuant to Fed. R. Crim. P. 48(a), this Court GRANTS leave to dismiss without prejudice the Indictment and Superseding Indictment as to Defendant BING WANG (2), aka Bin Wang, and to recall the arrest warrant.

IT IS SO ORDERED.

Dated: August 13, 2018

　　　　　　　　　　　　　　　　_/s/ William Q. Hayes_
　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　United States District Court